OPINION
Upon review of the judgment appealed from in the case subjudice, this appeal is hereby dismissed for want of jurisdiction. The trial court's order is not final because it "adjudicates one or more but fewer than all the claims or the rights and liabilities of fewer than all the parties. . . ." Noble v. Colwell
(1989), 44 Ohio St.3d 92; also see R.C. § 2505.02.
Accordingly, we hereby dismiss the within appeal and remand this cause to the trial court for further proceedings not inconsistent with this opinion.
 _____________________________________ JUDGE SHEILA G. FARMER
 _____________________________________ JUDGE W. SCOTT GWIN
 _____________________________________ JUDGE JOHN W. WISE